IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In re: Criminal Complaint                )
                                         )
                                         )  No. 07- 182M
                                         )
                                         )
                                         )
                                         )



MOTION TO SEAL

The United States moves to seal the Criminal Complaint, Arrest Warrant, and related file, until further order of the Court, because the Defendant has not been apprehended.

Colm F. Connolly
United States Attorney

By: _____
Seth M. Beausasng
Assistant U.S. Attorney

IT IS SO ORDERED this 20th day of September, 2007, that the above-captioned file is sealed until further order of the Court.

_____
Leonard P. Stark
U.S. Magistrate Judge

FILED
SEP 20 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE