IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 07-182M |
| ) | |
| WILLIAM VANOVER, ) | **FILED UNDER SEAL** |
| ) | |
| Defendant. ) | |

**MOTION FOR DETENTION HEARING**

NOW COMES the United States and moves for the pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142(e) and (f). In support of the motion, the United States alleges the following:

1. **Eligibility of Case**. This case is eligible for a detention order because case involves (**check all that apply**):

     ____ Crime of violence (18 U.S.C. § 3156)

     ____ Maximum sentence life imprisonment or death

     ____ 10+ year drug offense

     ____ Felony, with two prior convictions in above categories

     ____ Minor victim

     _X_ Possession/ use of firearm, destructive device or other dangerous weapon

     ____ Failure to register under 18 U.S.C. § 2250

     _X_ Serious risk defendant will flee

     ____ Serious risk obstruction of justice

**FILED SEP 20 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE**

2. **Reason For Detention**. The court should detain defendant because there are no conditions of release which will reasonably assure (**check one or both**):

     _X_ Defendant's appearance as required

     _X_ Safety of any other person and the community

3. **Rebuttable Presumption**. The United States will/will not invoke the rebuttable presumption against defendant under § 3142(e). (If yes) The presumption applies because (**check one or both**):

  \_\_\_ Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c), or a federal crime of terrorism, or a specified offense (_____) with minor victim

  \_\_\_ Previous conviction for "eligible" offense committed while on pretrial bond

4. **Time For Detention Hearing**. The United States requests the court conduct the detention hearing,

  \_\_\_ At first appearance

  _X_ After continuance of _3_ days (not more than 3).

5. **Temporary Detention**. The United States request the temporary detention of the defendant for a period of _____ days (not more than 10) so that the appropriate officials can be notified since (**check 1 or 2, and 3**):

  1. At the time the offense was committed the defendant was:

     \_\_\_ (a) on release pending trial for a felony;

     \_\_\_ (b) on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence for an offense;

     \_\_\_ (c) on probation or parole for an offense.

  \_\_\_ 2. The defendant is not a citizen of the U.S. or lawfully admitted for permanent residence.

  \_\_\_ 3. The defendant may flee or pose a danger to any other person or the community.

6. **Other Matters**.

_____

_____

DATED this _____ day of _____, 2007.

                            Respectfully submitted,

                            COLM F. CONNOLLY
                            United States Attorney

            BY: _____
                            Shawn A. Weede
                            Assistant United States Attorney