AO 442 (Rev. 12/85) Warrant for Arrest

## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

WILLIAM VANOVER

**WARRANT FOR ARREST**

CASE NUMBER: 07- 182M

~~SEALED~~

To: The United States Marshal
and any Authorized United States Officer REDACTED



YOU ARE HEREBY COMMANDED to arrest WILLIAM VANOVER when and as stated in the Criminal Complaint and bring said Defendant to the nearest magistrate to answer a(n)

__ Indictment __ Information _X_ Complaint __ Order of court __ Violation Notice __ Probation Violation Petition

charging the Defendant with (brief description of offense)

Possession of a firearm by a person prohibited

in violation of Title __18__ United States Code, Section(s) __922(g)(1) & 924(a)(2)__

| | |
|---|---|
| **Honorable Leonard P. Stark** | United States Magistrate Judge<br>District of Delaware |
| Name of Issuing Officer | Title of Issuing Officer |
| /s/ Leonard P. Stark | September 20, 2007   Wilmington, DE |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ _____ by _____
                                Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 9/21/07 | S/A PATRICK W. Fyock | /s/ Patrick W. Fyock |

AO 442 (Rev. 12/85) Warrant for Arrest

